GEORGE W. CLARK,

     Appellant,

v.

SOUTHERN LAND CONCEPTS, INC., WILLIAM R. WARD AS THE OWNER, PRESIDENT, SURVEYOR, AND THE REGISTERED AGENT FOR THE CORPORATION,

     Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2538

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

George W. Clark, pro se, Appellant.

Edmund W. Holt, Pensacola, for Appellees.

PER CURIAM.

     AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.